UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA, for the use and benefit
of JACK OF HEARTS CARPET MILL OUTLET INC.,

Plaintiff,

-vs-

THE HAYNER HOYT CORPORATION and TRAVELERS
CASUALTY & SURETY COMPANY OF AMERICA

Defendants.

STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(ii)

C.A. No.: 5:07-CV-1007

---

The above-entitled action having become moot by virtue of a settlement reached between the parties, and no party hereto being an infant, incompetent or a person for whom a committee or conservator has been appointed; and no person not a party hereof has an interest in the subject matter of the action; it is hereby stipulated and agreed by and between the attorneys for the respective parties herein that the above-entitled action be and the same hereby is dismissed with prejudice and without costs to either party as against the other, upon the filing of this stipulation with the clerk of the court pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Dated: April 29, 2008

| | |
|---|---|
| s/Lorraine Rann Mertell | s/Heather M. Cole |
| LORRAINE RANN MERTELL, ESQ | HEATHER M. COLE, ESQ |
| Bar Roll Number: 103051 | Bar Roll Number: 513157 |
| GREENE, HERSHDORFER & SHARPE | THE WLADIS LAW FIRM, P.C. |
| Attorneys for Defendants | Attorney for Plaintiff |
| One Lincoln Center, Suite 330 | 5795 Widewaters Parkway |
| Syracuse, NY 13202-1317 | PO Box 245 |
| (315) 422-6154 | Syracuse, NY 13214 |
| lmertell@greenehslaw.com | (315) 445-1700 |
| | hcole@wladislawfirm.com |

IT IS SO ORDERED.

Norman A. Mordue
Chief Judge

Dated: May 13, 2008

s/Thomas P. Givas
THOMAS P. GIVAS, ESQ
Bar Roll Number: 301160
**Attorney for Plaintiff**
ALI, PAPPAS & COX, P.C.
614 James Street
Syracuse, NY 13203-2220
(315) 472-4481
thomasg@alipappascox.com